UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FRANK FRAZETTA,

       Plaintiff,

-against-

VANGUARD PRODUCTIONS and
J. DAVID SPURLOCK,

       Defendants.
------------------------------------------------------------X

**08 CIV. 6670**

RULE 7.1
DISCLOSURE

Case No.:

**JUDGE KARAS**

S I R S:

  Defendant **VANGUARD PRODUCTIONS** by and through their attorneys, **PENINO & MOYNIHAN, LLP.** as and for its RULE 7.1(a) STATEMENT AND DISCLOSURE states:

  1. That defendant **VANGUARD PRODUCTIONS** has no parent, subsidiary or affiliated corporation within the meaning of FRCP 7.1 and Local Rule 51 et. seq.

DATED: White Plains, New York
     July 25, 2008

         Yours, etc.,

         PENINO & MOYNIHAN, LLP

       BY:/s/ _____
       **PATRICK C. CARROLL, ESQ. (PCC – 1971)**
       Attorneys for Defendant **VANGUARD**
       **PRODUCTIONS and J. DAVID SPURLOCK**
       180 East Post Road, Suite 300
       White Plains, New York 10601
       (914) 949-6996

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED