## **CERTIFICATE OF SERVICE**

THE UNDERSIGNED CERTIFIES that a true copy of this amended notice of removal, together with all supporting papers and attachments thereto, was served upon the following parties and attorneys:

Law Offices of Ted Kessler
Attorney for plaintiff
302 Fifth Avenue, 8th Floor
New York, NY 10001

By depositing same in a postage prepaid by depositing the same enclosed in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York and by Facsimile to (212) 388-1714, to Tedd E. Kessler, Esq., 302 Fifth Avenue, 8th Floor, New York, NY 10001, this 4th day of August, 2008.

 

PATRICK C. CARROLL (PCC-1971)